UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br> *ex rel.* KATHLEEN FRAGOULES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAIICHI SANKYO, INC., *et al.*, <br><br> Defendants. | Civil Nos. 10-10420-FDS, 11-10831-FDS <br> 12-10230-FDS, 12-10534-FDS, <br> and 14-11606-FDS <br> (administratively consolidated) <br><br> **FILED UNDER SEAL** |

## NOTICE OF SETTLEMENT

The United States hereby notifies the Court that the United States, the relator, and defendant Daiichi-Sankyo, Inc. ("Daiichi"), have executed a final settlement agreement. Accordingly, the government respectfully requests that the Court enter the proposed unsealing order filed on January 7, 2015. Under the terms of the agreement, the parties will file a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a) upon payment by Daiichi to the United States, which is to take place within seven business days.

Dated: January 8, 2015

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:  GREGG SHAPIRO
Assistant United States Attorney
BBO No. 642069
(617) 748-3366
gregg.shapiro@usdoj.gov

MICHAEL GRANSTON
JAMIE ANN YAVELBERG
DOUGLAS ROSENTHAL
Civil Division, Fraud Section
601 D Street, N.W., Room 9136
Washington, D.C. 20004
(202) 305-2073